MARK P. RESSLER (pro hac vice application submitted)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone:    (212) 506-1700
Facsimile:    (212) 506-1800
Email: mressler@kasowitz.com

CHRISTOPHER J. McNAMARA (SBN 209205)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone:    (415) 421-6140
Facsimile:    (415) 398-5030
Email: cmcnamara@kasowitz.com

Attorneys for Defendants
Medfiler LLC, Alvin Rapp,
and Evan Rapp

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POGA MGMT PTNRS LLC,<br><br>Plaintiff,<br><br>v.<br><br>MEDFILER LLC, d/b/a RPG CONSULTANTS, ALVIN RAPP, EVAN RAPP and DOES 1-20,<br><br>Defendants. | **Case No. 4:12-cv-06087-SBA**<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**<br><br>Before the Hon. Saundra Brown Armstrong<br>Courtroom 1, 4th Floor<br><br>Date of Removal: November 30, 2012 |

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
SAN FRANCISCO, CALIFORNIA 94111

1  Whereas, the state court action titled *POGA MGMT PTNRS LLC v. Medfiler LLC, et al.*, Superior Court Case No. CGC-12-524785, was removed to this Court on November 30, 2012;

Whereas, on January 17, 2013, Defendants filed a Motion to Dismiss Under FRCP 12(b)(2) for Lack of Personal Jurisdiction ("Motion to Dismiss"), setting the hearing date for March 7, 2013;

Whereas the case was reassigned to Judge Armstrong on January 22, 2013, and the March 7, 2013, hearing date was vacated;

Whereas Defendants filed a Re-Notice of Motion to Dismiss Under FRCP 12(b)(2) for Lack of Personal Jurisdiction, setting the hearing date for April 16, 2013 at 1 p.m.; and

Whereas the parties have agreed to modify the briefing schedule on Defendants' Motion to Dismiss as follows:

    1. Plaintiff shall file an opposition on or before February 22, 2013, and

    2. Defendants shall file a reply on or before March 22, 2013.

THE PARTIES HEREBY STIPULATE to the following:

    1. Plaintiff shall file an opposition to Defendants' Motion to Dismiss on or before February 22, 2013, and

    2. Defendants shall file a reply in support of Defendants' Motion to Dismiss on or before March 22, 2013.

DATED: January 25, 2013        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP


By: /S/ Christopher J. McNamara
     Christopher J. McNamara

Attorneys for Defendants Medfiler LLC,
Alvin Rapp, and Evan Rapp

DATED: January 25, 2013     CURIALE WILSON LLP

By: _____
      Joseph C. Wilson

Attorneys for Plaintiff POGA MGMT PTNRS LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

DATED: _1/29/13

_/s/ Saundra B. Armstrong_____
Hon. Saundra Brown Armstrong
United States District Court Judge