1  MARK P. RESSLER (pro hac vice application submitted)
   KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
2  1633 Broadway
   New York, New York 10019
3  Telephone:     (212) 506-1700
   Facsimile:     (212) 506-1800
4  Email:  mressler@kasowitz.com
5

6  CHRISTOPHER J. McNAMARA (SBN 209205)
   KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
7  101 California Street, Suite 2300
   San Francisco, California 94111
8  Telephone:     (415) 421-6140
   Facsimile:     (415) 398-5030
9  Email:  cmcnamara@kasowitz.com
10

11 Attorneys for Defendants
   Medfiler LLC, Alvin Rapp,
12 and Evan Rapp

13                  **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

15

16 | POGA MGMT PTNRS LLC, | **Case No.  4:12-cv-06087-SBA** |

17 |            Plaintiff, | **STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** |

18 |        v. |

19

20 | MEDFILER LLC, d/b/a RPG CONSULTANTS, ALVIN RAPP, EVAN RAPP and DOES 1-20, | Before the Hon. Saundra Brown Armstrong Courtroom 1, 4th Floor |

21

22

23 |            Defendants. | Date of Removal:  November 30, 2012 |

24

25

26

27

28

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
SAN FRANCISCO, CALIFORNIA 94111

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
SAN FRANCISCO, CALIFORNIA 94111

1    Whereas, the state court action titled *POGA MGMT PTNRS LLC v. Medfiler LLC, et al.*,

2  Superior Court Case No.  CGC-12-524785, was removed to this Court on November 30, 2012;

3    Whereas, on January 17, 2013, Defendants filed a Motion to Dismiss Under FRCP

4  12(b)(2) for Lack of Personal Jurisdiction ("Motion to Dismiss"), setting the hearing date for

5  March 7, 2013;

6    Whereas the case was reassigned to Judge Armstrong on January 22, 2013, and the March

7  7, 2013, hearing date was vacated;

8    Whereas Defendants filed a Re-Notice of Motion to Dismiss Under FRCP 12(b)(2) for

9  Lack of Personal Jurisdiction, setting the hearing date for April 16, 2013 at 1 p.m.; and

10    Whereas the parties have agreed to modify the briefing schedule on Defendants' Motion to

11  Dismiss as follows:

12    1.  Plaintiff shall file an opposition on or before February 22, 2013, and

13    2.  Defendants shall file a reply on or before March 22, 2013.

14    THE PARTIES HEREBY STIPULATE to the following:

15    1.  Plaintiff shall file an opposition to Defendants' Motion to Dismiss on or before

16  February 22, 2013, and

17    2.  Defendants shall file a reply in support of Defendants' Motion to Dismiss on or

18  before March 22, 2013.

19

20  DATED:  January 25, 2013          KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

21

22
                                      By:  /S/ Christopher J. McNamara
23                                        Christopher J. McNamara

24                                    Attorneys for Defendants Medfiler LLC,
                                      Alvin Rapp, and Evan Rapp
25

26

27

28

1

DATED:  January 25, 2013          CURIALE WILSON LLP


By: _____
      Joseph C. Wilson

Attorneys for Plaintiff POGA MGMT PTNRS LLC


**PURSUANT TO STIPULATION, IT IS SO ORDERED,**


DATED:  _1/29/13


_____
Hon. Saundra Brown Armstrong
United States District Court Judge

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
SAN FRANCISCO, CALIFORNIA 94111

2