1
2
3
4                       UNITED STATES DISTRICT COURT
5                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                                  OAKLAND DIVISION
7
8  POGA MGMT PTNRS LLC,                    Case No:  C 12-06087 SBA

9           Plaintiff,                     **ORDER CONTINUING
                                           CASE MANAGEMENT
        vs.                                CONFERENCE**
10
11 MEDFILER LLC, d/b/a RPG
   CONSULTANTS, ALVIN RAPP, EVAN
   RAPP and DOES 1-20,
12
           Defendants.
13
14
15     IT IS HEREBY ORDERED THAT the Case Management Conference scheduled for
16 **August 29, 2013 at 3:00 p.m.** is CONTINUED to **October 17, 2013 at 3:00 p.m.**  Prior to
17 the date scheduled for the conference, the parties shall meet and confer and prepare a joint
18 Case Management Conference Statement.  Plaintiff is responsible for filing the joint
19 statement no less than seven (7) days prior to the conference date.  The joint statement shall
20 comply with the Standing Order for All Judges of the Northern District of California and
21 the Standing Orders of this Court.  Plaintiff is responsible for setting up the conference call,
22 and on the specified date and time, shall call (510) 637-3559 with all parties on the line.
23     IT IS SO ORDERED.
24 Dated: 8/15/2013
                                           _____
25                                         SAUNDRA BROWN ARMSTRONG
                                           United States District Judge
26
27
28