MARK P. RESSLER (*pro hac vice*)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone:   (212) 506-1700
Facsimile:    (212) 506-1800
Email: mressler@kasowitz.com

CHRISTOPHER J. McNAMARA (SBN 209205)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone:   (415) 421-6140
Facsimile:    (415) 398-5030
Email: cmcnamara@kasowitz.com

Attorneys for Defendants
Medfiler LLC, Alvin Rapp,
and Evan Rapp

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| POGA MGMT PTNRS LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>MEDFILER LLC, d/b/a RPG CONSULTANTS, ALVIN RAPP, EVAN RAPP and DOES 1-20,<br><br>          Defendants. | **Case No. 4:12-cv-06087-SBA**<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT AND DATE FOR INITIAL DISCLOSURES**<br><br>Before the Hon. Saundra Brown Armstrong<br>Courtroom 1, 4th Floor<br><br>Date of Removal: November 30, 2012<br>Trial Date: December 8, 2014 |

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111

1    Whereas, the state court action titled *POGA MGMT PTNRS LLC v. Medfiler LLC, et al.*,
2 Superior Court Case No. CGC-12-524785, was removed to this Court on November 30, 2012;
3    Whereas, on January 17, 2013, Defendants filed a Motion to Dismiss Under FRCP
4 12(b)(2) for Lack of Personal Jurisdiction ("Motion to Dismiss"), setting the hearing date for
5 March 7, 2013;
6    Whereas, the case was reassigned to Judge Armstrong on January 22, 2013, and the March
7 7, 2013, hearing date was vacated;
8    Whereas, Defendants filed a Re-Notice of Motion to Dismiss Under FRCP 12(b)(2) for
9 Lack of Personal Jurisdiction ("Motion to Dismiss"), setting the hearing date for April 16, 2013 at
10 1 p.m.;
11    Whereas, on September 30, 2013, the Court granted in part and denied in part Defendants'
12 Motion to Dismiss and gave the Plaintiff leave to file an amended complaint;
13    Whereas, on November 1, 2013, the Plaintiff filed a First Amended Complaint ("FAC");
14    Whereas, the parties have agreed that Defendants' response to the FAC shall be filed on or
15 before November 27, 2013;
16    Whereas, the parties have agreed that the initial disclosures required by FRCP 26(a) shall
17 be served on or before December 13, 2013;
18    THE PARTIES HEREBY STIPULATE to the following:
19    1. Defendants' response to the FAC shall be filed on or before November 27, 2013; and
20    2. The initial disclosures required by FRCP 26(a) shall be served on or before December
21        13, 2013.
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

DATED:  November 14, 2013        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP


                                 By:  /S/ Christopher J. McNamara
                                      Christopher J. McNamara

                                 Attorneys for Defendants Medfiler LLC,
                                 Alvin Rapp, and Evan Rapp

DATED:  November 14, 2013        CURIALE WILSON LLP


                                 By:  /S/ Joseph C. Wilson
                                      Joseph C. Wilson

                                 Attorneys for Plaintiff POGA MGMT PTNRS LLC


**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

DATED:  11/18/2013



                                 _____
                                 Hon. Saundra Brown Armstrong
                                 United States District Court Judge

---

3

Stipulation to Extend Deadline for Responding to FAC and Date for Initial Disclosures; Case No. 4:12-cv-06087-SBA