MARK P. RESSLER (*pro hac vice*)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone:      (212) 506-1700
Facsimile:      (212) 506-1800
Email:  mressler@kasowitz.com

CHRISTOPHER J. McNAMARA (SBN 209205)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone:      (415) 421-6140
Facsimile:      (415) 398-5030
Email:  cmcnamara@kasowitz.com

Attorneys for Defendants
Medfiler LLC, Alvin Rapp,
and Evan Rapp

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POGA MGMT PTNRS LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>MEDFILER LLC, d/b/a RPG CONSULTANTS, ALVIN RAPP, EVAN RAPP and DOES 1-20,<br><br>            Defendants. | Case No.  4:12-cv-06087-SBA<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT AND DATE FOR INITIAL DISCLOSURES**<br><br>Before the Hon. Saundra Brown Armstrong<br>Courtroom 1, 4th Floor<br><br>Date of Removal:  November 30, 2012<br>Trial Date:  December 8, 2014 |

1    Whereas, the state court action titled *POGA MGMT PTNRS LLC v. Medfiler LLC, et al.*,

2  Superior Court Case No.  CGC-12-524785, was removed to this Court on November 30, 2012;

3    Whereas, on January 17, 2013, Defendants filed a Motion to Dismiss Under FRCP

4  12(b)(2) for Lack of Personal Jurisdiction ("Motion to Dismiss"), setting the hearing date for

5  March 7, 2013;

6    Whereas, the case was reassigned to Judge Armstrong on January 22, 2013, and the March

7  7, 2013, hearing date was vacated;

8    Whereas, Defendants filed a Re-Notice of Motion to Dismiss Under FRCP 12(b)(2) for

9  Lack of Personal Jurisdiction ("Motion to Dismiss"), setting the hearing date for April 16, 2013 at

10  1 p.m.;

11    Whereas, on September 30, 2013, the Court granted in part and denied in part Defendants'

12  Motion to Dismiss and gave the Plaintiff leave to file an amended complaint;

13    Whereas, on November 1, 2013, the Plaintiff filed a First Amended Complaint ("FAC");

14    Whereas, the parties have agreed that Defendants' response to the FAC shall be filed on or

15  before November 27, 2013;

16    Whereas, the parties have agreed that the initial disclosures required by FRCP 26(a) shall

17  be served on or before December 13, 2013;

18    THE PARTIES HEREBY STIPULATE to the following:

19    1.  Defendants' response to the FAC shall be filed on or before November 27, 2013; and

20    2.  The initial disclosures required by FRCP 26(a) shall be served on or before December

21      13, 2013.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
SAN FRANCISCO, CALIFORNIA 94111

1  DATED:  November 14, 2013          KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

2

3                                     By:  /S/ Christopher J. McNamara

4                                          Christopher J. McNamara

5                                     Attorneys for Defendants Medfiler LLC,
                                      Alvin Rapp, and Evan Rapp
6

7  DATED:  November 14, 2013          CURIALE WILSON LLP

8

9                                     By:  /S/ Joseph C. Wilson

10                                         Joseph C. Wilson

11                                    Attorneys for Plaintiff POGA MGMT PTNRS LLC

12

13  **PURSUANT TO STIPULATION, IT IS SO ORDERED,**

14

15  DATED:  ___11/18/2013___

16

17

18                                    Hon. Saundra Brown Armstrong
                                      United States District Court Judge
19

20

21

22

23

24

25

26

27

28