MARK P. RESSLER (*pro hac vice*)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:   (212) 506-1800
Email: mressler@kasowitz.com

CHRISTOPHER J. McNAMARA (SBN 209205)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone:  (415) 421-6140
Facsimile:   (415) 398-5030
Email: cmcnamara@kasowitz.com

Attorneys for Defendants
Medfiler LLC, Alvin Rapp,
and Evan Rapp

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| POGA MGMT PTNRS LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>MEDFILER LLC, d/b/a RPG CONSULTANTS, ALVIN RAPP, EVAN RAPP and DOES 1-20,<br><br>           Defendants. | **Case No.  4:12-cv-06087-SBA**<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION**<br><br>Before the Hon. Saundra Brown Armstrong<br>Courtroom 1, 4th Floor<br><br>Date of Removal: November 30, 2012<br>Trial Date: December 8, 2014 |

1     Whereas, this case was assigned to Early Neutral Evaluation ("ENE") to be completed on
2 on or before January 15, 2014, with George C. Harris acting as the evaluator;

3     Whereas, on November 21, 2013, an initial telephone conference was held with the parties
4 and Mr. Harris;

5     Whereas, due to prior commitments of counsel, including Defendants' counsel Christopher
6 McNamara's participation in an arbitration scheduled for January 6 – 17, 2014, the parties and Mr.
7 Harris agreed that the ENE session should take place on February 5, 2014, which is after the
8 current deadline;

9     THE PARTIES HEREBY STIPULATE that the ENE session will take place on February
10 5, 2014.

12 DATED: December 2, 2013     KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: /S/ Christopher J. McNamara
    Christopher J. McNamara

Attorneys for Defendants Medfiler LLC,
Alvin Rapp, and Evan Rapp

18 DATED: December 2, 2013     CURIALE WILSON LLP

By: /S/ Joseph C. Wilson
    Joseph C. Wilson

Attorneys for Plaintiff POGA MGMT PTNRS LLC

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED,**

2

3  DATED: 12/4/2013

4

5

6  _____
Hon. Saundra Brown Armstrong
United States District Court Judge