MARK P. RESSLER (*pro hac vice*)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone:    (212) 506-1700
Facsimile:    (212) 506-1800
Email:  mressler@kasowitz.com

CHRISTOPHER J. McNAMARA (SBN 209205)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone:    (415) 421-6140
Facsimile:    (415) 398-5030
Email:  cmcnamara@kasowitz.com

Attorneys for Defendants
Medfiler LLC, Alvin Rapp,
and Evan Rapp

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POGA MGMT PTNRS LLC,<br><br>Plaintiff,<br><br>v.<br><br>MEDFILER LLC, d/b/a RPG CONSULTANTS, ALVIN RAPP, EVAN RAPP and DOES 1-20,<br><br>Defendants. | **Case No.  4:12-cv-06087-SBA**<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION**<br><br>Before the Hon. Saundra Brown Armstrong<br>Courtroom 1, 4th Floor<br><br>Date of Removal:  November 30, 2012<br>Trial Date:  December 8, 2014 |

1    Whereas, this case was assigned to Early Neutral Evaluation ("ENE") to be completed on

2    or before January 15, 2014, with George C. Harris acting as the evaluator;

3    Whereas, on November 21, 2013, an initial telephone conference was held with the parties

4    and Mr. Harris;

5    Whereas, due to prior commitments of counsel, including Defendants' counsel Christopher

6    McNamara's participation in an arbitration scheduled for January 6 – 17, 2014, the parties and Mr.

7    Harris agreed that the ENE session should take place on February 5, 2014, which is after the

8    current deadline;

9    THE PARTIES HEREBY STIPULATE that the ENE session will take place on February

10   5, 2014.

11

12   DATED:  December 2, 2013          KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

13

14                                     By:  /S/ Christopher J. McNamara

15                                          Christopher J. McNamara

16                                     Attorneys for Defendants Medfiler LLC,
                                       Alvin Rapp, and Evan Rapp
17

18   DATED:  December 2, 2013          CURIALE WILSON LLP

19

20                                     By:  /S/ Joseph C. Wilson

21                                          Joseph C. Wilson

22                                     Attorneys for Plaintiff POGA MGMT PTNRS LLC

23

24

25

26

27

28

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
SAN FRANCISCO, CALIFORNIA 94111

Stipulation to Extend Deadline to Complete Early Neutral Evaluation; Case No. 4:12-cv-06087-SBA

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

DATED:  12/4/2013

Hon. Saundra Brown Armstrong
United States District Court Judge

3