**UNITED STATES  DISTRICT COURT**

Northern District of California

Oakland Division

POGA MGMT. PTNRS. LLC,

        Plaintiff,

    v.

MEDFILER, LLC, et al.,

        Defendants.

_____/

No. C 12-6087 SBA

**ORDER RE: ATTENDANCE AT ENE**

Date:      February 4, 2014
Evaluator:   George Harris

     Before the court are defendants Alvin Rapp and Evan Rapp's requests to be excused from appearing in person at the February 4, 2014 ENE before George Harris.  Regardless of defendants Alvin Rapp and Evan Rapp's arguments concerning the pendency of a motion to dismiss them as individual defendants for lack of personal jurisdiction, ADR L.R. 5-10(a) requires that a representative other than outside counsel must appear in person for a corporation at an ENE. Accordingly, defendant Medfiler, LLC must send a representative other than counsel to the ENE. Having reviewed the papers, the court hereby ORDERS that either Alvin Rapp or Evan Rapp must appear in person at the ENE on February 4.  The defendants may decide which of them will appear at the session and which will participate telephonically.  The party who does not appear in person at the ENE shall be available at all times to participate telephonically as set forth in ADR L.R. 5-10(f).

     IT IS SO ORDERED.

January 29, 2014
_____
Dated

By:   _____
               Maria-Elena James
               United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**