UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| POGA MGMT. PTNRS. LLC, | No. C 12-6087 SBA |
| Plaintiff, | |
| v. | **ORDER RE: ATTENDANCE AT ENE** |
| MEDFILER, LLC, et al., | Date:        February 4, 2014 |
| Defendants. | Evaluator: George Harris |

Before the court are defendants Alvin Rapp and Evan Rapp's requests to be excused from appearing in person at the February 4, 2014 ENE before George Harris. Regardless of defendants Alvin Rapp and Evan Rapp's arguments concerning the pendency of a motion to dismiss them as individual defendants for lack of personal jurisdiction, ADR L.R. 5-10(a)(1) requires that a representative other than outside counsel must appear in person for a corporation at an ENE. Accordingly, defendant Medfiler, LLC must send a representative other than counsel to the ENE. Having reviewed the papers, the court hereby ORDERS that either Alvin Rapp or Evan Rapp must appear in person at the ENE on February 4 unless they designate another appropriate corporate representative to appear in accordance with the requirements of ADR L.R. 5-10(a)(1). If either Alvin Rapp or Evan Rapp does not appear in person, they must be available to participate telephonically in the ENE as set forth in ADR L.R. 5-10(f).

IT IS SO ORDERED.

January 29, 2014            By: _____
Dated                                    Maria-Elena James
                                         United States Magistrate Judge