**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| POGA MGMT. PTNRS. LLC, | |
|     Plaintiff, | No. C 12-6087 SBA |
| v. | **ORDER RE: RECONSIDERATION OF ORDER REQUIRING ATTENDANCE AT ENE** |
| MEDFILER, LLC, et al., | |
|     Defendants. | Date:     February 5, 2014 |
| _____ / | Evaluator: George Harris |

    The request for reconsideration of the court's January 29, 2014 Order Re: Attendance at ENE is DENIED.

    IT IS SO ORDERED.

February 3, 2014      By: _____
Dated                                      Maria-Elena James
                                                  United States Magistrate Judge