UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| POGA MGMT PTNRS LLC, | Case No:  C 12-06087 SBA |
| Plaintiff, | **ORDER OF REFERENCE** |
| vs. | Docket 59, 60 |
| MEDFILER LLC, d/b/a RPG CONSULTANTS, ALVIN RAPP, EVAN RAPP and DOES 1-20, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule 72-1, the Motion to Withdraw (Dkt. 59) and the Motion to Shorten Time To Hear Motion to Withdraw (Dkt. 60) are hereby REFERRED to the Chief Magistrate Judge or her designee for a decision on said motions.  The assigned magistrate judge shall have the authority to direct further briefing and to conduct any hearings as deemed necessary to resolve the motions.

IT IS SO ORDERED.

Dated:  9/17/2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge