1  JOSEPH C. WILSON (SBN 249027)
   **CURIALE WILSON LLP**
2  One Maritime Plaza, Suite 1000
   San Francisco, CA 94111
3  Tel:  (415) 908-1001
   Fax:  (415) 796-0875
4  jwilson@curialewilson.com

5  Attorneys for Plaintiff POGA MGMT PTNRS LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POGA MGMT PTNRS LLC, | Case Number: C 12-06087 SBA |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |
| v. | |
| MEDFILER LLC, d/b/a RPG CONSULTANTS, ALVIN RAPP, EVAN RAPP, AND DOES 1-20, | |
| Defendants. | **Trial Date: March 9, 2015** |

1  Whereas, pursuant to a September 16, 2014 scheduling conference call the parties and the Hon. Magistrate Judge Nandor J. Vadas, a mandatory settlement conference was set for October 14, 2014 at 11:00 a.m., with settlement conference briefs due on September 30, 2014.

Whereas, counsel for Plaintiff currently has pending a Motion to Withdraw as counsel of record, set to be heard before the Hon. Magistrate Judge Laurel Beeler on October 2, 2014 at 10:30 a.m.

Whereas, the Motion to Withdraw was originally set to be heard on September 25, 2014 but was continued because of a conflict with counsel for Defendants.

Whereas, counsel for Plaintiff wishes to have his pending Motion to Withdraw heard before the settlement conference statements are due.

Whereas, pursuant to the Court's May 30, 2014 Order to Amend Order for Pretrial Preparation (Doc. No. 53), the parties are to participate in a mandatory settlement conference during between November 25, 2014 and January 24, 2015.

THE PARTIES HEREBY STIPULATE THAT:

1. The October 14, 2014 Mandatory Settlement Conference and associated deadlines are continued.

2. The Court shall schedule a new telephonic conference call with the parties to schedule the Mandatory Settlement Conference for a date between November 25, 2014 and January 24, 2015.

Dated: September 24, 2014                      CURIALE WILSON LLP

*/s/ Joseph C. Wilson*
JOSEPH C. WILSON
Attorneys for Plaintiff
POGA MGMT PTNRS LLC

Dated: September 24, 2014                      KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

*/s/ Jason S. Takenouchi*
JASON S. TAKENOUCHI
Attorneys for Defendants MEDFILER LLC, d/b/a RPG CONSULTANTS, ALVIN RAPP, and EVAN RAPP

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4   Dated:  September 26    2014

_____
Hon. Magistrate Nandor J. Vadas
United States Magistrate Judge