MARK P. RESSLER (*pro hac vice*)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800
Email:  mressler@kasowitz.com

JASON S. TAKENOUCHI (SBN 234835)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030
Email:  jtakenouchi@kasowitz.com

Attorneys for Defendants/Counterclaim-Plaintiffs
Medfiler LLC, Alvin Rapp, and Evan Rapp

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (OAKLAND DIVISION)

| | |
|---|---|
| POGA MGMT PTNRS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDFILER LLC, d/b/a RPG CONSULTANTS, ALVIN RAPP, EVAN RAPP and DOES 1-20,<br><br>    Defendants. | **Case No.  4:12-cv-06087-SBA**<br><br>**ORDER GRANTING DEFENDANTS' *EX PARTE* MOTION TO EXTEND THE DEADLINE FOR HEARINGS ON DISPOSITIVE MOTIONS TO DECEMBER 2, 2014** |
| MEDFILER LLC, d/b/a RPG CONSULTANTS, ALVIN RAPP and EVAN RAPP,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>POGA MGMT PTNRS LLC and MICHAEL GAMBOA,<br><br>    Counterclaim-Defendants. | |

The *ex parte* motion of defendants Medfiler LLC d/b/a RPG Consultants, Alvin Rapp and Evan Rapp (collectively "Defendants") to extend the deadline for hearings on dispositive motions to December 2, 2014 (the "Motion") is before the Court.  Having read and considered the Application, and any such other matters as reflected in the record, and being fully informed, the Court hereby GRANTS Defendants' Motion for the reasons stated below.

1. The current deadline for hearings on dispositive motions in this case is November 29, which falls on a Saturday.  The Court is no longer scheduling civil motion hearings for the week of November 24.

2. The next available hearing date is December 2, 2014.

IT IS HEREBY ORDERED that:

1. Defendants' Motion is GRANTED.  The new deadline for hearings on dispositive motions is December 2, 2014.

IT IS SO ORDERED.

DATED:  October 29, 2014

*[signature]*
SAUNDRA BROWN ARMSTRONG
United States District Judge