[Counsel are listed on signature page]

<div style="text-align: left; font-size: small;">
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>
101 CALIFORNIA STREET, SUITE 2300<br>
SAN FRANCISCO, CALIFORNIA 94111
</div>

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POGA MGMT PTNRS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDFILER LLC, d/b/a RPG CONSULTANTS, ALVIN RAPP, EVAN RAPP and DOES 1-20,<br><br>    Defendants. | **Case No. 4:12-cv-06087-SBA**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING NOVEMBER 18 TELEPHONE CONFERENCE** |
| MEDFILER LLC, d/b/a RPG CONSULTANTS, ALVIN RAPP and EVAN RAPP,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>POGA MGMT PTNRS LLC and MICHAEL GAMBOA,<br><br>    Counterclaim-Defendants. | Date: November 18, 2014<br>Time: 1 p.m.<br>Judge: Hon. Nandor J. Vadas<br>Courtroom: 205A, 2nd floor |

WHEREAS, on November 4, 2014, the Court set a status conference for November 18, 2014, at 1 p.m., for the purpose of setting a date for a mandatory settlement conference (Docket No. 86);

WHEREAS, on November 12 the Law Offices of Abe Lampart, PC, entered an appearance for plaintiff/counterclaim-defendant Poga Management Partners LLC and counterclaim-defendant Michael Gamboa (collectively "Plaintiff/Counterclaim-Defendants");

WHEREAS, the operative pretrial order in this litigation requires that a mandatory settlement conference be held no later than January 24, 2015 (Docket No. 53);

WHEREAS, on November 12 Plaintiff/Counterclaim-Defendants filed a motion to amend the pretrial order to set a series of new deadlines in the litigation, including a deadline of August 2015 for the mandatory settlement conference (*see* Docket Nos. 89, 91);

WHEREAS, if the Court's decision on the motion to amend, set for hearing on December 23, 2014, confirms the January 24, 2015 deadline for a mandatory settlement conference, counsel for Plaintiff/Counterclaim-Defendants has limited availability until late January 2015, and is available on January 22 or January 23; and

WHEREAS, counsel for the Defendants/Counterclaim-Plaintiffs is not available for the currently scheduled telephone conference on November 18;

THE PARTIES HEREBY REQUEST THAT THE COURT ENTER AN ORDER AS FOLLOWS:

1. The November 18 telephone conference is vacated.
2. The Court will EITHER:
   a. ~~Set the mandatory settlement conference for January 22 or January 23, 2015, subject to the Court's decision on Plaintiff/Counterclaim-Defendants' motion to amend,~~

      - OR -

   b. If the Court cannot schedule January 22 or January 23, 2015, for the mandatory settlement conference in this matter, the Court will set a new

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

telephone conference for December 9, 2014, at 1 pm, to discuss alternative dates for the mandatory settlement conference.

Parties dial 888-684-8852 and enter access code 1868782 to make appearances.

3. In the event that Plaintiff/Counterclaim-Defendants' pending motion to amend the scheduling order is granted, the Court will set a further telephone conference at a later date in order to reschedule any settlement conference.

Dated: November 17, 2014    LAW OFFICES OF ABE LAMPART, PC


*/s/ Abe Lampart*
ABE LAMPART

Attorneys for Plaintiff /Counterclaim-Defendant POGA MGMT PTNRS LLC and Counterclaim-Defendant Michael Gamboa

Dated: November 17, 2014    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP


*/s/ Jason S. Takenouchi*
JASON S. TAKENOUCHI
Attorneys for Defendants/Counterclaim-Plaintiffs MEDFILER LLC, d/b/a RPG CONSULTANTS, ALVIN RAPP, and EVAN RAPP

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 18, 2014

HON. NANDOR J. VADAS
United States Magistrate Judge

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

8157906v1
11/17/2014 1:58 PM