UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| POGA MGMT PTNRS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MEDFILER LLC, et al.,<br><br>    Defendants. | Case No. 12-cv-06087-SBA   (NJV)<br><br>**ORDER ON ADMINISTRATIVE MOTION**<br><br>Re: Dkt. No. 118 |

Upon consideration of the Motion to Continue the June 17, 2015 settlement conference, and based on Defendants' representation that a settlement conference held at this time would be a waste of resources, it is ORDERED that the Motion is GRANTED.

The settlement conference set for June 17, 2015 is CANCELED. This matter is reset for a telephonic status conference on July 14, 2015 at 1:00 p.m. Parties will make their appearances by dialing 888-684-8852 and entering access code 1868782.

**IT IS SO ORDERED**.

Dated: June 11, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge